**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Estuardo M.C.C.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3929 (MJD/DLM)

Evan Joel Mulholland, Minnesota Center for Environmental Advocacy, Luke Norquist, Attorney at Law, Counsel for Petitioner.

David W. Fuller, Pedro Del Valle, IV, Assistant United States Attorneys, Counsel for Respondents.

On September 22, 2026, Respondents filed notice that Petitioner was scheduled for a bond hearing on September 28. On September 28, 2026, Respondents informed the Court that Petitioner was denied bond because the immigration judge found Petitioner a danger to persons or property based on his pending domestic assault charge and a flight risk. [Doc. 14-1.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Estuardo M.C.C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 8, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court